FILED

2015 FEB 10 PM 1:47

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

FRAZIER WILLIAMS, JR.

CASE NO. 8:15-cr-33-T-33TBM

26 U.S.C. § 7206(2)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 10, 2009, in the Middle District of Florida,

FRAZIER WILLIAMS,

defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a United States Income Tax Return for an S Corporation (Form 1120S) on behalf of Aztech Energy Corporation, for calendar year 2008, which was false and fraudulent as to a material matter, in that the return claimed on lines 23c, 23d, and 27, a credit in the amount of $2,974,400 for the production, distribution or use of biofuels, whereas,

as he then and there well knew and believed Aztech Energy Corporation was not entitled to said credits in said amount, but in a substantially lesser amount.

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Robert A. Mosakowski
Assistant United States Attorney

By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Criminal Division (South)

L:\_Criminal Cases\W\williams, frazier_2013R01847_ram\p_indictment.docx

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

FRAZIER WILLIAMS, JR.

## INDICTMENT

Violations:

26 U.S.C. § 7206(2)

A true bill,

_____
Foreperson

Filed in open court this 10th day

of February 2015.

_____
Clerk

Bail  $_____