UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                             Case No. 8:15-CR-33-T-33TBM

FRAZIER WILLIAMS, JR.
_____/

**ORDER**

This matter comes before the Court upon consideration of Defendant Frazier Williams, Jr.'s Unopposed Motion to Delay Surrender Date (Doc. # 146), filed on May 31, 2017. For the reasons below, the Motion is granted in part.

**Discussion**

On January 27, 2016, a jury found Williams guilty of filing a false tax return, in violation of 26 U.S.C. § 7206(2). (Doc. # 72). After filing five motions to continue his sentencing, Williams was sentenced on June 13, 2016, to a term of 36 months' imprisonment followed by a year of supervised release. (Doc. # 100). The Court allowed Williams to voluntarily surrender on a date that was to be set by the Bureau of Prisons. (Doc. # 109 at 2).

Then began a series of motions by Williams seeking to delay his date of surrender. Williams's original date of surrender was set as August 30, 2016, but that was delayed

upon his motion to November 30, 2016. (Doc. ## 123, 124). About two weeks before he was due to surrender himself, Williams again moved to delay his date of surrender, this time from November 30, 2016, to March 1, 2017. (Doc. # 138). The Court again accommodated Williams. (Doc. # 139). Williams sought a third extension, requesting to have his date of surrender moved from March 1, 2017, to April 1, 2017. (Doc. # 141). The Court yet again accommodated Williams. (Doc. # 142). The pattern continued with Williams seeking yet another extension of his surrender date. (Doc. # 143). The Court granted the motion and extended the date of surrender to June 1, 2017. (Doc. # 144).

Now, on the eve before his date of surrender, Williams—yet again—seeks to delay his surrender, this time by 60 days. (Doc. # 146). In his (fifth) motion, Williams states he "has lost any practical use of the right side of his body and has greatly affected speech patterns." (Id. at ¶ 3). However, Williams elected not to provide the Court with any medical documentation. (Id. at ¶ 5a). Nor did Williams file a motion for leave to file these records under seal pursuant to Local Rule 1.09. Thus, the Court only has a limited understanding of Williams's medical condition and, consequently, cannot

make an informed decision at this juncture as to whether a 60-day extension of the date of surrender is warranted.

As such, the Court directs Williams to file his medical records concerning the condition described in his motion (Doc. # 146) for in camera review by June 2, 2017. In the meantime, in an abundance of caution, the Court will extend Williams's date of surrender by two weeks, or until June 15, 2017. Once the Court reviews the medical records and consults with the Bureau of Prisons, the Court will determine whether to extend the date of surrender any further.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Frazier Williams, Jr.'s Unopposed Motion to Delay Surrender Date (Doc. # 146) is **GRANTED IN PART.**

(2) Defendant shall file his medical records concerning the condition described in his motion (Doc. # 146) for in camera review by June 2, 2017.

(3) The Court will extend Williams's date of surrender by two weeks, or until June 15, 2017.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 1st day of June, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE