UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No. 8:15-cr-33-T-33TBM

FRAZIER WILLIAMS, JR.
_____/

**ORDER**

This matter comes before the Court upon consideration of Defendant Frazier Williams, Jr.'s Unopposed Motion to Delay Surrender Date (Doc. # 148), filed on June 15, 2017. For the reasons below, the Motion is granted in part. The Court defers to the Bureau of Prisons to designate a specific federal medical facility and Williams is ordered to surrender himself to that facility in a timely manner after that designation has been made.

**Discussion**

On January 27, 2016, a jury found Williams guilty of filing a false tax return, in violation of 26 U.S.C. § 7206(2). (Doc. # 72). After filing five motions to continue his sentencing (Doc. ## 84, 87, 89, 92, 102) – none based on medical issues – Williams was sentenced on June 13, 2016, to a term of 36 months' imprisonment followed by a year of supervised release. (Doc. # 110). The Court set restitution

in the amount of $2,974,400. (Id. at 4). The Court allowed Williams to voluntarily surrender on a date that was to be set by the Bureau of Prisons. (Doc. # 109 at 2).

On June 17, 2016, Williams filed a "Notice to the Court" explaining that he "suffered a stroke" just two days after his sentencing. (Doc. # 114). Then began a series of motions by Williams seeking to delay his date of surrender based upon his medical condition. Williams's original date of surrender was set as August 30, 2016, but that was delayed upon his motion to November 30, 2016. (Doc. ## 123, 124). About two weeks before he was due to surrender himself, Williams again moved to delay his date of surrender, this time from November 30, 2016, to March 1, 2017. (Doc. # 138). The Court again accommodated Williams. (Doc. # 139). Williams sought a third extension, requesting to have his date of surrender moved from March 1, 2017, to April 1, 2017. (Doc. # 141). The Court yet again accommodated Williams. (Doc. # 142). The pattern continued with Williams seeking yet another extension of his surrender date. (Doc. # 143). The Court granted the motion and extended the date of surrender to June 1, 2017. (Doc. # 144). Then, Williams filed his fifth extension motion, seeking a 60-day extension of his surrender date. (Doc. # 146). Therein, Williams explained he "has lost any practical

use of the right side of his body and has greatly affected speech patterns." (Id. at ¶ 3). The Court granted the Motion in part by moving his surrender date to June 15, 2017, and directing Williams to file his medical records concerning the condition described in his motion (Doc. # 146) for in camera review by June 2, 2017. (Doc. # 147).

On June 15, 2017, Williams filed the present unopposed Motion to delay his surrender date. (Doc. # 148). In the Motion, Defendant explains: "The parties respectfully request this Honorable Court strike today's designation and surrender date and instead issue a directive that the Defendant be designated to a federal prison hospital, such as Butner or Rochester. The parties also respectfully ask this Honorable Court to direct the prison hospital to perform a medical neurological evaluation of the Defendant to determine if prison is the most appropriate place to serve out his sentence or if another determination should be considered." (Id. at 2).

The Court has carefully reviewed the medical data, submitted in camera, and agrees that Williams has a serious medical condition that may warrant placement in a federal prison hospital. However, the Court rejects the parties' suggestion that a federal prison hospital should be tasked

3

with determining whether Williams should be permitted to avoid incarceration due to his condition.

The Court grants the Motion only insofar as the parties seek an Order that Williams be designated to a federal prison hospital. The Court does not require that Williams surrender himself into custody today, as previously ordered. Instead, Williams must surrender himself when the Bureau of Prisons designates a specific federal medical facility, such as Butner or Rochester.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Frazier Williams, Jr.'s Unopposed Motion to Delay Surrender Date (Doc. # 148) is **GRANTED IN PART.**
(2) Williams's date of surrender is postponed.
(3) Williams shall surrender himself when the Bureau of Prisons designates a specific federal medical facility for Williams.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 16th day of June, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE